1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   NATALIE LEE (CABN 277362)
    Assistant United States Attorney
5
        450 Golden Gate Avenue
6       Eleventh Floor
        San Francisco, CA 94102
7       Telephone: (415) 436-7301
        Fax: (415) 436-6753
8       E-Mail: natalie.lee2@usdoj.gov

9
    Attorneys for the United States of America
10

11
                       UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15   UNITED STATES OF AMERICA,        )   CR No. 3:13-mj-70505
                                      )
16       v.                           )
                                      )
17   EUGENE WHITMORE,                 )   **STIPULATION AND ~~[PROPOSED]~~**
                                      )   **ORDER EXTENDING TIME LIMITS OF**
18       Defendant.                   )   **RULE 5.1(c) AND EXCLUDING TIME**
                                      )
19   _____)

20
            On May 7, 2013, the parties in this case appeared before the Court for an initial
21
    appearance on a Complaint, and the government moved for detention.  The parties then
22
    submitted a Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and
23
    Excluding Time until May 30, 2013, and the Court granted that request.  The parties now submit
24
    a second Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and
25
    Excluding Time until June 14, 2013.
26
            Pursuant to Rule 5.1(d), the defendant consents to this extension of time and waiver, and
27
    the parties represent that good cause exists for the extension, including the effective preparation
28

STIPULATION 2 & [PROPOSED] ORDER EXTENDING TIME LIMITS AND EXCLUDING TIME
CR 13-mj-70505

1    of counsel.  The requested continuance is needed to allow counsel sufficient time to review

2    discovery that the government has provided and to research case law related to the charges

3    against the defendant, and the failure to grant the continuance requested would unreasonably

4    deny counsel the reasonable time necessary for effective preparation, taking into account the

5    exercise of due diligence.  Therefore, the parties agree that the Court shall order that the Speedy

6    Trial clock shall be tolled for the reasons stated above from May 30, 2013 to June 14, 2013, and

7    that the arraignment/ preliminary hearing be continued until June 14, 2013.  18 U.S.C. §

8    3161(h)(7)(A) and (B)(iv).

9    SO STIPULATED:

10

11                                              MELINDA HAAG
                                               United States Attorney

12   DATED: May _20_, 2013              _____
                                                        /s/
13                                              NATALIE LEE
                                               Assistant United States Attorney

14   DATED: May _20_, 2013              _____
                                                        /s/
15                                              ELIZABETH FALK
                                               Attorney for Eugene Whitmore

16

17

18

19                                   [~~PROPOSED~~] ORDER

20          For the reasons stated above, the Court finds that the extension of time limits applicable

21   under Federal Rule of Criminal Procedure 5.1(c) from May 30, 2013 through June 14, 2013 is

22   warranted and that a continuance of the defendant's arraignment / preliminary hearing to June 14,

23   2013 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. §

24   3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the

25   interests of the public and the defendant in the prompt disposition of this criminal case; and that

26   the failure to grant the requested exclusion of time would deny counsel for the defendant and for

27   the government the reasonable time necessary for effective preparation, taking into account the

28

1   exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C.

2   §3161(h)(7)(B)(iv).

3       IT IS SO ORDERED.

4

5   DATED:   5/21/13

6                                              THE HON. JOSEPH C. SPERO
                                               United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION 2 & [PROPOSED] ORDER EXTENDING TIME LIMITS AND EXCLUDING TIME
CR 13-mj-70505                                                                    3